**UNITED STATES DISTRICT COURT**　　　　**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| DALE A. HAMER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:25-CV-230 |
| | § | |
| | § | |
| DIRECTOR, TDCJ, | § | |
| | § | |
| Defendant. | § | |

### MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Dale A. Hamer, an inmate confined at the Gib Lewis Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendant Director, TDCJ.

The court has received and considered the Report and Recommendation of the magistrate judge filed pursuant to such order, along with the record, and pleadings (#6). Plaintiff filed Objections to the Report and Recommendation (#7). This requires a *de novo* review of the objections in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b).

The magistrate judge recommended denying this civil rights action for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) for failing to file an application to proceed *in forma pauperis* and for failing to file his complaint on the form petition for a prisoner civil rights action. The magistrate judge liberally construed the Objections as a motion for extension of time to comply with the court's October 30, 2025, Order (#5). The magistrate judge granted the motion and gave Plaintiff an additional thirty (30) days to comply (doc. #8). Plaintiff received

a copy of the latter Order on April 7, 2026 (#9).  More than ample time has passed yet Plaintiff

has failed to comply with the Order.  Plaintiff's Objections are overruled.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct

and the report (#6) of the magistrate judge is **ADOPTED.**  A Final Judgment will be entered in

this case in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 20th day of May, 2026.


_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE